DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAPITAL COMMERCIAL REAL ESTATE GROUP, INC.,**
Appellant,

v.

**NAQID HASAN AND CALPAL, LLC,**
Appellee.

No. 4D16-3596

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2011-CA-003036-XXXX-MB.

Bruce D. Friedlander of Friedlander & Kamelhair, PL, Plantation, for appellant.

Gregory R. Elder of Law Offices of Gregory R. Elder, LLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***